# UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

Operating Engineers Local #49 Health and Welfare Fund, et al

Case No. Civil 01-722 DSD/JMM

v.

**JUDGMENT IN A CIVIL CASE**

The Lampland Company, Inc., a Minnesota corporation, and Jay Lampland

---

( ) **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

( ) **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

Pursuant to compliance with Rule 55(b)(1) of the Rules of Civil Procedure default judgment is hereby entered by the Clerk of Court as follows:

Against the Lampland Company, Inc., and Jay Lampland, jointly and severally, in the amount of $7,263.22;

Against The Lampland Company, Inc. only in the amount of $10,312.61.

DATE: June 18, 2001

FRANCIS E. DOSAL, CLERK

Julie Rustad, Deputy Clerk

4